# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ENCARNACION AGUILAR,

  Petitioner,

vs.

DWIGHT NEVEN, *et al.,*

  Respondents.

2: 06-cv-1278-JCM-RJJ

**ORDER**

  This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. On October 8, 2009, the court entered judgment for respondents. Petitioner filed a notice of appeal on October 20, 2009, and on November 23, 2009, filed a motion for a certificate of appealability. This court denied petitioner's motion for a certificate of appealability on December 1, 2009.

  On December 18, 2009, petitioner filed a motion for a copy of the docket sheet in this case. (Docket #36.) As a basis for his motion, petitioner asserts that such a copy is needed by the Ninth Circuit to process his appeal. This court has already submitted the certificate of record to the Ninth Circuit, in conformance with Rule 11-2 of the Local Rules of the U.S. Court of Appeals for the Ninth Circuit. Accordingly, petitioner's motion is **HEREBY DENIED.**

  DATED this 7th day of February, 2011.

UNITED STATES DISTRICT JUDGE